MARCH 13, 1962

Reap. Dec. 10201.—John V. Carr & Son, Inc. v. United States, reappraisement R60/15149. Reappraisement dismissed February 6, 1962. Entered at Detroit, Mich. (Not published.) Motion by plaintiff.